UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROSARIO CONSTANTINO, et al.,<br><br>　　　　　Defendants. | Case No. 4:19-cv-04085-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 26 |

　　　　On March 26, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

　　　　IT IS SO ORDERED.

Dated: March 26, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge